**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**

KAREN LUEBKE, on behalf of herself )
and all others similarly situated, )
 )
     Plaintiff, )     Case No. 3:23-cv-3055-TLB
 )     Hon. Timothy L. Brooks
v. )
 )
REGIONAL FAMILY MEDICINE, P.A, )
 )
     Defendant. )

## AFFIDAVIT OF LUKE E. VANCE

The undersigned, Luke E. Vance, after having been first duly sworn, states as follows, to-wit:

1. I am a member in good standing with the state bar of Arkansas (Ark. Bar No. 2021141) and am counsel for Defendant Regional Family Medicine, P.A. in this proceeding.

2. I recommend that James Davidson be granted permission to participate in this proceeding for the reasons set forth in the Motion for Admission Pro Hac Vice to which this affidavit is attached.

FURTHER AFFIANT SAYETH NOT.

Luke E. Vance

1

## ACKNOWLEDGEMENT

STATE OF ARKANSAS     )
                            ) ss
COUNTY OF PULASKI     )

    Subscribed and sworn before me, the undersigned Notary Public, within and for the above County and State, this 29th day of January, 2024.

NOTARY PUBLIC

My Commission Expires:

6/12/2033

LYNDA KAYE HOLCOMB
MY COMMISSION # 12394100
EXPIRES: June 12, 2033
Pulaski County

2