## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

KAREN LUEBKE, on behalf of herself
and all others similarly situated,

                Plaintiff,

                              **Case No.: 3:23-cv-3055-TLB**

vs.

REGIONAL FAMILY MEDICINE, P.A.,

                Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE* OF DANIEL SROURIAN

Pursuant to Local Rule 83.5(d), Plaintiff Karen Luebke ("Plaintiff"), in her individual capacity and on behalf of all others similarly situated (the "Proposed Class"), by and through the undersigned counsel, moves for the admission, *pro hac vice*, of the following attorney to represent her and the Proposed Class and to appear and participate on her behalf in the above-entitled action:

> Daniel Srourian (CA #285678)
> **SROURIAN LAW FIRM P.C.**
> 3435 Wilshire Blvd, Suite 1710
> Los Angeles, CA 90010
> Telephone: (213) 474-3800
> Facsimile: (213) 471-4160
> daniel@slfla.com

Mr. Srourian is a member of, and in good standing in, the following courts:

- California State Bar (#285678)

- United States District Court for the Central District of California

Mr. Srourian affirms that he will be subject to and abide by the rules of this Court and also recognizes the Court's jurisdiction over him on matters of discipline. Plaintiffs have engaged the undersigned local counsel for this matter.

WHEREFORE, Plaintiff in her individual capacity and on behalf of the Proposed Class respectfully requests the Court grant the above-named counsel permission to appear *pro hac vice* in this action as counsel of record.

Respectfully submitted,

**PLAINTIFF KAREN LUEBKE, et al.**

Josh Sanford
Ark. Bar No. 2001037
SANFORD LAW FIRM PLLC
Kirkpatrick Plaza
10800 Financial Centre, Pkwy., Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 787-2040
Josh@sanfordlawfirm.com

*Attorney for Plaintiff and the Proposed Class*