AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| KAREN LUEBKE, individually, and on behalf of all others similarly situated, )<br>*Plaintiff* )<br>v. )<br>REGIONAL FAMILY MEDICINE, )<br>*Defendant* ) | Case No.   3:23-cv-03055-TLB |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Karen Luebke                                                                                                          .

Date:     02/09/2024

/s/ Daniel Srourian
*Attorney's signature*

Daniel Srourian, CA SBN 285678
*Printed name and bar number*

SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010

*Address*

daniel@slfla.com
*E-mail address*

(213) 474-3800
*Telephone number*

(213) 471-4160
*FAX number*