## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KAREN LUEBKE, individually, and on behalf of all others similarly situated <br><br> Plaintiffs, <br><br> v. <br><br> REGIONAL FAMILY MEDICINE, P.A. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:23-cv-3055-TLB |

## NOTICE OF APPEARANCE

E. Joseph McGehee, of Rose Law Firm, a Professional Association, hereby enters his appearance on behalf of Defendant, Regional Family Medicine, P.A.

          Respectfully submitted,

          Rose Law Firm,
          a Professional Association
          5100 W. JB Hunt Dr., Ste. 900
          Rogers, AR 72758
          Phone: (479) 301-2444
          Fax: (479) 301-2449

          By: *E. Joseph McGehee*
          E. Joseph McGehee (AR2015185)
          jmcgehee@roselawfirm.com

## CERTIFICATE OF SERVICE

On February 19, 2024, I electronically filed the above notice, and a Notice of Electronic Filing will be served upon counsel of record.

          *E. Joseph McGehee*
          E. Joseph McGehee