## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| KAREN LUEBKE, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>vs.<br><br>REGIONAL FAMILY MEDICINE,<br><br>  Defendant. | Case No. 3:23-cv-03055-TLB<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

COMES NOW the Plaintiff Karen Luebke, on behalf of herself and others similarly situated ("Plaintiffs"), and moves unopposed for an extension of time to respond to Defendant Regional Family Medicine ("Defendant")'s Motion to Dismiss, herein states:

1. On February 9, 2024, Defendant filed a Motion to Dismiss Plaintiff's Complaint [Dkt. 14].

2. On February 22, 2024, Counsel for Plaintiff and Counsel for Defendant conferred regarding an amended deadline for Plaintiff to respond to Defendant's Motion to Dismiss, which is currently February 23, 2024. Counsel for Defendant represented they have no objection to an extended pleading deadline.

3. Plaintiff respectfully asks this Court to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss by 30 days to March 25, 2024. Defendant does not object to this date.

1

WHEREFORE, Plaintiff prays for an Order allowing her until March 25, 2024, to file a response to Defendant's Motion to Dismiss Plaintiff's Complaint.

Dated: February 22, 2024

Respectfully Submitted,

/s/ Josh Sanford

Josh Sanford
**SANFORD LAW FIRM, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Telephone: 501-221-0088
Fax: 888-787-2040
Email: josh@sanfordlawfirm.com

Daniel Srourian, Esq. *(pro hac vice)*
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*