## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

| | |
|---|---|
| KAREN LUEBKE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>REGIONAL FAMILY MEDICINE,<br><br>    Defendant. | Case No.: 3:23-cv-3055-TLB |

### **JOINT MOTION TO STAY PROCEEDINGS PENDING MEDIATON**

Plaintiff and Defendant, jointly and by and through their undersigned counsel, respectfully request that the Court stay this action for 90 days while the parties pursue settlement. In support thereof, the Parties state as follows:

1. This action arises out of an alleged data breach on Defendant's computer systems in and around June 26, 2023.

2. Plaintiff filed her Complaint on December 18, 2023. Thereafter, Defendant filed its Motion to Dismiss on February 9, 2024.

3. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss is due on March 25, 2024.

4. The parties have discussed the potential for resolving the case via private mediation and have agreed to mediate on June 13, 2024 with Hon. Wayne Andersen.

5. In the interest of preserving party and judicial resources, the parties believe that a stay of this case for 90 days, including all pending motions, all pending discovery, and all related deadlines, will foster the possibility of settlement before any further proceedings.

6. Following the mediation, the parties' counsel will promptly notify the Court if the matter has resolved.

7. This Joint Motion to Stay Proceedings is not submitted for any purposes of delay, but rather to foster the potential for a speedy resolution.

WHEREFORE, the parties respectfully request that the Court stay this action for ninety (90) days, up to and including June 19, 2024.

Dated: March 20, 2024

Respectfully submitted,

Josh Sanford
**Sanford Law Firm, PLLC**
Kirkpatrick Plaza
10800 Financial Centre. Pkwy. Ste. 510
Little Rock, Arkansas 72211
(501) 221-0088
josh@sanfordlawfirm.com

Daniel Srourian, Admitted *Pro Hac Vice*
**Srourian Law Firm, P.C.**
3435 Wilshire Blvd., Suite 1710
Los Angeles, CA 90010
(213) 474-3800
daniel@slfla.com

*Attorneys for Plaintiff*

James W. Davidson, Admitted *Pro Hac Vice*
IL ARDC No. 6281542
O'Hagan Meyer LLC
One East Wacker Drive, Suite 3400
Chicago, Illinois 60601
312.422.6100 –T
312.422.6110 – F
jdavidson@ohaganmeyer.com

*Attorneys for Defendant*