# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF ARKANSAS

# HARRISON DIVISION

| | |
|---|---|
| KAREN LUEBKE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>REGIONAL FAMILY MEDICINE.,<br><br>    Defendant | Case No. 3:23-cv-3055-TLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff KAREN LUEBKE hereby gives notice of the dismissal of this action without prejudice, with each party to bear its own attorneys' fees and costs.

Dated: July 26, 2024

Respectfully submitted,

Josh Sanford
**Sanford Law Firm, PLLC**
Kirkpatrick Plaza
10800 Financial Centre Pkwy Suite 510
Little Rock, Arkansas 72211
Tel: (501) 221-0088
josh@sanfordlawfirm.com

Daniel Srourian, Esq. (*Admitted Pro Hac Vice*)
**SROURIAN LAW FIRM, P.C.**
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone:     (213) 474-3800
Facsimile:      (213) 471-4160
Email:             daniel@slfla.com

*Counsel for Representative Plaintiff and the Proposed Class(es)*

1